**Joseph BAKER, Appellant,**

v.

**CITY OF KANSAS CITY, Missouri, et al., Respondents.**

**No. WD 49629.**

Missouri Court of Appeals, Western District.

May 30, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 1, 1995.

Application to Transfer Denied Sept. 19, 1995.

M. Corinne Corley, Corley Law Firm, Kansas City, for appellant.

Kathleen A. Hauser, City Atty., Walter J. O'Toole, Asst. City Atty., Kansas City, for David Marak and Kansas City.

Dale H. Close, Lisa S. Morris, Kansas City, for Lane, Walker and Rey.

Before BRECKENRIDGE, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Appeal from judgments in malicious prosecution and civil rights actions.

Judgment affirmed. Rule 84.16(b).